UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLK,<br><br>        Plaintiff,<br><br>   v.<br><br>,<br><br>        Defendant. | Case No. 24-cv-06674-JD<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. No. 8 |

Plaintiff, a state prisoner in Texas acting pro se, submitted a filing to the Court. The filing is difficult to understand, and he discusses his conviction and prison conditions in Texas. Plaintiff was not convicted in this district, the events did not occur in this district, and no defendants reside in this district. The case is dismissed without prejudice and plaintiff may file a civil rights action in the appropriate district in Texas where he is confined, or he may file a habeas petition in the district where he was convicted. No fee or fee-related action is needed. The Clerk is requested to close this case and the pending motion (Dkt. No. 8) is vacated.

**IT IS SO ORDERED.**

Dated: November 12, 2024

JAMES DONATO
United States District Judge